UNITED STATES DISTRICT COURT

EASTERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| LALIT KUMAR,<br><br>   Plaintiff,<br><br>   v.<br><br>UR M. JADDOU, et al.,<br><br>   Defendants. | Case No. 1:23-cv-001263-JLT-EPG<br><br>ORDER DIRECTING CLERK OF COURT TO TERMINATE PENDING MOTION TO DISMISS AS MOOT AND TO CLOSE THIS CASE IN LIGHT OF PLAINTIFF'S NOTICE OF VOLUNTARY DISMISSAL WITHOUT PREJUDICE<br><br>(ECF NOS. 6, 8, 9) |

On October 20, 2023, Plaintiff filed a notice of voluntary dismissal without prejudice under Rule 41(a)(1)(A)(i). Rule 41(a)(1)(A)(i) permits a Plaintiff to dismiss an action without a court order by filing "a notice of dismissal before the opposing party serves either an answer or a motion for summary judgment."

The Court acknowledges that Defendants have filed a motion to dismiss, since amended, which remains pending. (ECF Nos. 6, 8). However, Plaintiff still has the right to dismiss this case:

> Under Rule 41(a)(1), a plaintiff has an absolute right voluntarily to dismiss his action prior to service by the defendant of an answer or a motion for summary judgment. Even if the defendant has filed a motion to dismiss, the plaintiff may terminate his action voluntarily by filing a notice of dismissal under Rule 41(a)(1).

*Concha v. London*, 62 F.3d 1493, 1506 (9th Cir. 1995) (internal citation omitted).

\\\

1

Accordingly, IT IS ORDERED as follows:

1. The Clerk of Court is directed to terminate as moot Defendants' motion to dismiss. (ECF Nos. 6, 8).
2. In light of Plaintiff's notice of voluntary dismissal, this case has been dismissed without prejudice. (ECF No. 9).
3. The Clerk of Court is directed to close this case.

IT IS SO ORDERED.

Dated:   **October 23, 2023**                    /s/ Erica P. Grosjean
                                                   UNITED STATES MAGISTRATE JUDGE